*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

WILLIAM DAWUN EDWARDS,

        Defendant-Appellant.

FOR PUBLICATION
May 7, 2019

No. 344541
Berrien Circuit Court
LC No. 2018-000102-FC

Before: METER, P.J., and SAWYER and CAMERON, JJ.

SAWYER, J. (*concurring*).

    I concur in the result only.

                                    /s/ David H. Sawyer

-1-